ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Ameresco Select, Inc. | ) ASBCA Nos. 59638, 60136, 60526 |
| | ) |
| Under Contract No. DE-AM36-98GO100351 | ) |
|  Delivery Order No. N62583-10-F-0315 | ) |

APPEARANCES FOR THE APPELLANT:      James D. Bachman, Esq.
                                          Ron R. Hutchinson, Esq.
                                           Doyle & Bachman, LLP
                                           Arlington, VA

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
                                           Navy Chief Trial Attorney
                                           Robyn L. Hamady, Esq.
                                           Trial Attorney

<u>ORDER OF DISMISSAL</u>

The parties have settled the dispute.  The appeals are dismissed with prejudice.

Dated:  March 29, 2023

_____
DANIEL S. HERZFELD
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59638, 60136, 60526, Appeals of Ameresco Select, Inc., rendered in conformance with the Board's Charter.

Dated:  March 29, 2023

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals